UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE L. SANTIAGO : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:26CV137 |
| : | |
| COMERICA BANK, CONDUENT : | |
| STATE AND LOCAL SOLUTIONS, INC., : | |
| AND UNITED STATES DEPARTMENT : | January 28, 2026 |
| OF THE TREASURY, : | |
| : | |
| Defendants. : | |

NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, the Defendant, United States Department of the Treasury, has removed this matter to the United States District Court for the District of Connecticut. As a basis for removal, the United States of America makes the following representations:

1. The United States Department of the Treasury has been named as a defendant in a lawsuit filed in the Connecticut Superior Court Judicial District of New Haven at New Haven. Copies of the Summons and Complaint are attached hereto.

2. Pursuant to 28 U.S.C. § 1442(a)(1), any civil action brought in a state court against the United States or any agency thereof "may be removed . . . to the district court of the United States for the district and division embracing the place wherein it is pending."

3. Based on the foregoing, the United States Department of the Treasury hereby removes this action to the District Court for the District of Connecticut.

> Respectfully submitted,
>
> DAVID X. SULLIVAN
> UNITED STATES ATTORNEY
>
>   */s/ Julie G. Turbert*
> JULIE G. TURBERT
> ASSISTANT U.S. ATTORNEY
> ATTORNEY BAR # ct23398
> 157 CHURCH STREET
> NEW HAVEN, CT  06510
> TELEPHONE: (203) 821-3700
> FAX: (203) 773-5373
> EMAIL: Julie.Turbert@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026, a copy of foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I hereby certify that a copy of the within and foregoing Notice of Removal has been mailed, postage prepaid, on this 28th of January, 2026, to:

Jose L. Santiago
P.O. Box 854
Hartford, CT 06143
Email:
josesantiagoct11452@gmail.com
*Self-Represented Plaintiff*

Comerica Bank
1717 Main Street, MC 6506
Dallas, TX 75201
*Defendant*

Conduent State and Local Solutions, Inc.
100 Campus Drive
Florham Park, NJ 07932
*Defendant*

                                                 */s/ Julie G. Turbert*
                                                JULIE G. TURBERT
                                                ASSISTANT U.S. ATTORNEY
                                                ATTORNEY BAR # ct23398